CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar #14853
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar #12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-5080
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF SEARCH OF:<br><br>**COLOR PHOTOGRAPHY of the TATTOOS AND BIRTHMARKS OF GEORGE WASHINGTON SIMS III, A/K/A "40", A/K/A "Slapajo"** | Case No. 2:21-mj-526-DJA<br><br>**Government's Motion to Unseal Case** |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrant filed under the instant case and all related documents in anticipation of producing the same as discovery in Case No. 2:21-cr-26-GMN-BNW.

DATED this 28th day of June, 2021.

                                                  Respectfully,

                                                CHRISTOPHER CHIOU
                                                Acting United States Attorney

                                                */s/ Bianca R. Pucci*
                                                BIANCA R. PUCCI
                                                Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN THE MATTER OF SEARCH OF:

**COLOR PHOTOGRAPHY of the TATTOOS AND BIRTHMARKS OF GEORGE WASHINGTON SIMS III, A/K/A "40", A/K/A "Slapajo"**

Case No. 2:21-mj-526-DJA

**Order to Unseal Case**

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

**DATED** this 30th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE